UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, | Case No. EDCV 25-2842-KK-SP |
| Plaintiff, | JUDGMENT |
| v. | |
| CCL LOGISTICS INC. ET AL., | |
| Defendants. | |

Pursuant to the Order Granting plaintiff United Financial Casualty Company ("Plaintiff's) Motion for Default Judgment, IT IS HEREBY ADJUDGED that Judgment is entered in favor of Plaintiff against defendants CCL Logistics Inc., Jingui Liu, Hongqin Chen, Tian Yang Li, Bo He, Jiajian Shi ("Defendants").

Pursuant to this Judgment, Plaintiff is entitled to declaratory judgment as follows:

1. Plaintiff has no obligation under United Financial Casualty Company Policy No. 02891184-1 to indemnify or defend CCL Logistics, Jingui Liu, Hongqin Chen, Tian Yang Li, or Bo He against the claims in case No. 22LW-CC00099 in the Circuit Court of Lawrence County, Missouri; and

2.  Plaintiff has no obligation under the MCS-90 endorsement to the Policy to pay for Jiajian Shi's claims arising out of the September 1, 2017 accident in Lawrence County, Missouri.

Dated: June 29, 2026

HONORABLE KENLY KIYA KATO
United States District Judge